# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CJDROPSHIPPING.COM and THE OPERATOR OF CJDROPSHIPPING.COM,<br><br>Defendants. | Case No. 22-cv-01140<br><br>Judge Jorge L. Alonso |

## DECLARATION OF LIZHI ZHOU

I, Lizhi Zhou, hereby declare and state as follows:

1. I am over the age of eighteen and make this declaration from first-hand personal knowledge, unless otherwise indicated below.

2. I am the CEO of Yiwu Cu Jia Trade Co., Ltd. ("Cu Jia").

3. Cu Jia is the current operator of Defendant CJDropshipping.com.

4. Cu Jia is a company organized under the laws of the nation of China. Its office/headquarter is in China.

5. While Cu Jia is headquartered in China, CJDropshipping.com is an online drop-shipping platform that fulfill drop-shipper's sourcing requirements from various countries worldwide, including the United States and Europe. As a drop-shipping service provider, CJDropshipping.com helps drop-shippers to send items directly to their buyers. *Id*. In total, CJDropshipping.com lists more than 937,644 products on the website

6. Cu Jia has no officers or employees within the Illinois.

7. Cu Jia does not have bank accounts in the Illinois.

8. Cu Jia does not have telephone number, telephone listings, or mailing addresses in Illinois.

9. Cu Jia does not manufacture anything in Illinois.

10. Cu Jia does not pay Illinois taxes.

11. Cu Jia does not own any property and has no interest in any property with the Illinois.

12. Cu Jia does not have registered agent for service of process in Illinois.

13. The accused infringing product was supplied from a third-party supplier. The supplier's name is Heyang Industrial Co. Ltd.

14. Attached as Exhibit A-1 is a true and correct copy of the sales record of the accused product, which was collected under my direction from business records that Cu Jia regularly keeps. As the Exhibit shows, CJDropshipping.com only sourced 14 units of the accused products which 13 units were shipped to Slovakia. The only 1 unit that was shipped to the United States was caused by Plaintiff's "test buy." The accused products have been removed from CJDroppshipping.com upon actual notice of this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on August 12, 2022, in Hangzhou, China.

_____
Lizhi Zhou

August 12, 2022

# Exhibit A-1

| Order No. | Payment Time | SKU | Units | Price | Seller Name | Customer Name | Country |
|---|---|---|---|---|---|---|---|
| 14304295613714800070 | 2021-08-26 10:44:48 | CJNSFJST00304-Black-L | 1 | 6.1 | Kamil Gabriš | Jozef Deák | Slovakia |
| 14488837186295971860 | 2021-10-19 11:44:21 | CJNSFJST00304-Khaki-L | 1 | 6.1 | Kamil Gabriš | Zuzana Hermannová | Slovakia |
| 14507060056955658250 | 2021-10-20 08:58:59 | CJNSFJST00304-Khaki-XL | 1 | 6.1 | Kamil Gabriš | Daniel Molnár | Slovakia |
| 14586828709263482910 | 2021-11-11 07:38:06 | CJNSFJST00304-Black-L | 1 | 6.1 | Kamil Gabriš | Michal Pytel | Slovakia |
| 14626992458439434270 | 2021-11-22 10:42:31 | CJNSFJST00304-Black-L | 1 | 6.1 | Kamil Gabriš | Marián Húdek | Slovakia |
| 14680988594346803200 | 2021-12-07 10:26:22 | CJNSFJST00304-Black-L | 1 | 6.29 | Kamil Gabriš | Vladimír Pavučok | Slovakia |
| 14702968894748385320 | 2021-12-13 10:52:09 | CJNSFJST00304-Black-L | 1 | 6.29 | DropshippingOld Account | Filip Holubek | Slovakia |
| 14702968894748385470 | 2021-12-13 10:52:09 | CJNSFJST00304-Black-L | 1 | 6.29 | DropshippingOld Account | Anikó Czégény | Slovakia |
| 14710066285843169380 | 2021-12-15 17:25:13 | CJNSFJST00304-Black-L | 1 | 6.29 | DropshippingOld Account | Jozef Hrenák | Slovakia |
| 14829527871082946560 | 2022-01-17 07:55:35 | CJNSFJST00304-Black-L | 1 | 6.29 | DropshippingOld Account | Karol Jelen | Slovakia |
| 14854389192679874640 | 2022-01-24 12:37:30 | CJNSFJST00304-Khaki-L | 1 | 6.1 | DropshippingOld Account | Ján Slašťan | Slovakia |
| 14300041928268677130 | 2021-08-26 13:04:23 | CJNSFJST00304-Khaki-XL | 1 | 6.1 | Kamil Gabriš | Pavel Veselovský | Slovakia |
| 14300041928268677150 | 2021-08-26 13:04:23 | CJNSFJST00304-Khaki-XL | 1 | 6.1 | Kamil Gabriš | Pavel Veselovský | Slovakia |
| ZF22012466543165730 | 2022-01-24 16:46:24 | CJNSFJST00304-Khaki-L | 1 | 6.1 | Kay McGovern | Kay McGovern | U.S.A. |