IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **OAKLEY, INC.,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**CJDROPSHIPPING.COM and THE OPERATOR OF CJDROPSHIPPING.COM,**<br><br>　　　　　　Defendants. | **Case No. 22-cv-01140**<br><br>**Judge Jorge L. Alonso** |

## NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2, Defendants CJDropshipping.com and the operator of CJDropshipping.com (collectively, "Defendants"), by and through its undersigned counsel, certifies that Defendants are fully owned by Yiwu Cu Jia Trade Co., Ltd., a limited company organized under the laws of China.

DATED August 14, 2022.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Timothy T. Wang*
　　　　　　　　　　　　　　　　　　　　　　　Timothy T. Wang
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24067927
　　　　　　　　　　　　　　　　　　　　　　　twang@nilawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　**NI, WANG & MASSAND, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　8140 Walnut Hill Ln., Ste. 500
　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　　　　　　Tel: (972) 331-4600
　　　　　　　　　　　　　　　　　　　　　　　Fax: (972) 314-0900

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of August, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                 */s/ Timothy T. Wang*
                                                 Timothy T. Wang