# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **OAKLEY, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **CJDROPSHIPPING.COM and THE OPERATOR OF CJDROPSHIPPING.COM,** <br><br> Defendants. | **Case No. 22-cv-01140** <br><br> **Judge Jorge L. Alonso** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COMES NOW, Timothy T. Wang, the attorney of record for Defendants CJDropshipping.com and the operator of CJDropshipping.com (collectively, "Defendants") in the above styled action moves the Court for leave to withdraw as Defendants' attorney of record.

Defendants have discharged the undersigned counsel from representing them in this action. Pursuant to Local Rules 83.17, the undersigned counsel hereby withdraws from the representation of Defendants and requests the Court to approve the withdrawal. Defendants' new counsel, Mr. Adam Urbanczyk, has filed his appearance on August 25, 2022. (Dkt. No. 23).

Before filing this Motion, the undersigned counsel conferred with counsel for Plaintiff. Counsel for Plaintiff has represented that they consent to this motion.

DATED August 29, 2022.　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Timothy T. Wang*
　　　　　　　　　　　　　　　　　　　　　　　　Timothy T. Wang
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24067927
　　　　　　　　　　　　　　　　　　　　　　　　twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of August, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

    */s/ Timothy T. Wang*
    Timothy T. Wang