# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Oakley, Inc.

                        Plaintiff,

v.                                         Case No.: 1:22–cv–01140

                                                      Honorable Jorge L. Alonso

cjdropshipping.com, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2022:

       MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Defendants' motion to dismiss pursuant to rule 12(b)(2) is taken under advisement. Plaintiff's response shall be filed by 9/21/22; Defendants' reply shall be filed by 10/5/22. Defendants' motion for leave to withdraw as counsel [24] is granted. Attorney Timothy Tiewei Wang is given leave to withdraw as counsel for Defendants. Telephonic status hearing set for 9/29/2022 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 888–808–6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.