**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OAKLEY, INC.,

        Plaintiff,

v.

CJDROPSHIPPING.COM and THE
OPERATOR OF CJDROPSHIPPING.COM,

        Defendants.

Case No. 22-cv-01140

**Judge Jorge L. Alonso**

**Magistrate Judge Jeffrey I. Cummings**

## AGREED MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER

Plaintiff Oakley, Inc. ("Oakley"), by its counsel, hereby moves for entry of the proposed Confidentiality Order for governing discovery in this case. Defendants cjdropshipping.com and the operator of cjdropshipping.com (collectively, "Defendants") have agreed to this motion and the proposed Confidentiality Order. The proposed Order is adopted from the U.S. District Court for the Northern District of Illinois Model Confidentiality Order set forth in Form L.R. 26.2. In accordance with the guidelines set forth in that Form, both a "redline" showing the modifications made to the Model Order, attached as **Exhibit 1** hereto, and a copy of the Proposed Order with all changes accepted are being submitted to Proposed_Order_Alonso@ilnd.uscourts.gov.

Dated this 17th day of November 2022.      Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Benjamin C.R. Lockyer
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law
blockyer@gbc.law

*Counsel for Plaintiff Oakley, Inc.*

/s/ Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
adamu@au-llc.com
Ph: (312) 715-7312

*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Benjamin C.R. Lockyer
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law
blockyer@gbc.law

*Counsel for Plaintiff Oakley, Inc.*

3