# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CJDROPSHIPPING.COM and THE OPERATOR OF CJDROPSHIPPING.COM, <br><br> Defendants. | Case No. 22-cv-01140 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

## JOINT STATUS REPORT

Pursuant to the Court's Order [42], Plaintiff Oakley, Inc. ("Oakley") and Defendants cjdropshipping.com and the operator of cjdropshipping.com (collectively, "Defendants") (together, the "Parties") jointly submit this status report.

On January 2, 2023, Defendants provided responses to Plaintiff's First Set of Interrogatories. On January 13, 2023, Plaintiff provided responses to Defendants' First Set of Requests for Production and First Set of Interrogatories. The Parties do not anticipate the need for additional written discovery. To date, no depositions have been taken and the Parties do not anticipate any will be needed. Fact discovery is scheduled to close on February 3, 2023. The Parties do not request a settlement conference at this time.

1

Dated this 20th day of January 2023.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　　amartin@gbc.law
　　　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Oakley, Inc.*


　　　　　　　　　　　　　　　　　　　　　/s/ Adam E. Urbanczyk
　　　　　　　　　　　　　　　　　　　　　Adam E. Urbanczyk
　　　　　　　　　　　　　　　　　　　　　AU LLC
　　　　　　　　　　　　　　　　　　　　　564 W. Randolph St. 2nd Floor
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　　adamu@au-llc.com
　　　　　　　　　　　　　　　　　　　　　Ph: (312) 715-7312

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Oakley, Inc.*