## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Oakley, Inc.

          Plaintiff,

v.                     Case No.: 1:22−cv−01140

                    Honorable Jorge L. Alonso

cjdropshipping.com, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 11, 2023:

  MINUTE entry before the Honorable Jeffrey Cummings: Telephonic motion hearing held on 4/11/23 on plaintiff's motion to compel [50]. For the reasons discussed on the record, plaintiff's motion to compel [50] is granted. The deposition of defendant's Rule 30(b)(6) designee, Mr. Lizhi Zhou, shall proceed in the United States at a mutually agreeable location on the West Coast. If Mr. Zhou and the interpreter decide to wear face masks during the deposition, those masks must be transparent. The deposition shall be scheduled between 5/15/23 and 5/31/23 to allow the parties additional time to continue settlement negotiations. Any additional written discovery shall be issued by 4/21/23. By 6/7/23, the parties shall file a joint status report confirming the completion of fact discovery, confirming that they do not require expert discovery, and indicating whether the parties are mutually interested in scheduling a settlement conference with the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.